IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES A. GARDNER,

    Petitioner,

v.                                     CASE NO. 4:12-cv-00191-MP-CAS

MICHAEL CREWS,[1]

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 23, 2014. (Doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation (doc. 13) is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, (Doc. 6) is DENIED.

3. Respondent's motion to dismiss (doc. 12) is DENIED AS MOOT.

---

[1] Because Michael Crews is the current Secretary of the Florida Department of Corrections, the Clerk is directed to substitute him as the Respondent, pursuant to Federal Rule of Civil Procedure 25(d).

4. A certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

5. Leave for Petitioner to proceed *in forma pauperis* on appeal is DENIED.

**DONE AND ORDERED** this   *20th* day of October, 2014

> *s/Maurice M. Paul*
> Maurice M. Paul, Senior District Judge